IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LANCE C. STOLL,<br><br>　　　　　　Defendant. | 4:15CR3131<br><br>**ORDER** |

　　　IT IS ORDERED that the Petition for Offender Under Supervision (Filing no. 73) is dismissed without prejudice, and the defendant's July 22, 2020 revocation hearing is canceled.

　　　Dated this 20th day of July, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　Senior United States District Judge